# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 5:21cr00023                                              Date: 12/16/2021

| Defendants: | Counsel: |
|---|---|
| Richard E. Moore, self reported by Zoom video conference | Chris Schafbuch & Mark Schamel (pro hac motion to be filed) |

PRESENT:    JUDGE:             Joel C. Hoppe, USMJ         TIME IN COURT: 9:06-9:31=25 min
            Deputy Clerk:      Karen Dotson
            Court Reporter:    Karen Dotson, Zoom
            U. S. Attorney:    Alexander Ross-Mohammed Effendi and William Mann Montague
            USPO:              Jason Jones
            Case Agent:        IRS SA Wes Johnson
            Interpreter:       n/a

## INITIAL APPEARANCE AND BOND HEARING

- [x] Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
- [ ] Government moves to unseal case. Court grants motion.
- [ ] Defendant requests appointment of counsel. CJA 23 completed; counsel will be appointed prior to defendant's next scheduled court appearance.
- [x] Bond hearing held. Record proceedings, witnesses, etc
- [ ] Government does not oppose bond.
- [ ] Defendant(s) not eligible for bond because state reasons not eligible.
- [x] Bond set at $15,000 Unsecured.
- [x] Deft. notified of right to consular notification under the Vienna Convention.
- [x] Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

## ARRAIGNMENT

- [x] Defendant(s) waives reading of Indictment/Information.   [ ] Indictment/Information read.
- [x] Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | cts. 1-10 |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

- [x] Jury trial set for March 1, 2022 at 9:30 am in Harrisonburg before Hon. Dillon.
- [ ] Pretrial conference set for Pretrial conference date.
- [ ] Defendant(s) remanded to custody.
- [x] Defendant(s) released on bond.