AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:21-cr-00023 |
| Richard E. Moore | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

**Received**

2:16 pm, Dec 09 2021

**United States Marshals Service
Western District of Virginia**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Richard E. Moore                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Failure to Pay Over or Collect Tax

Date:     12/09/2021                                                                                          FOR
                                                                                   *Issuing officer's signature*

City and state:     Roanoke, VA                         Michael F. Urbanski, Chief U.S. District Judge
                                                                                   *Printed name and title*

---

### Return

This warrant was received on *(date)* 12/9/2021         , and the person was arrested on *(date)* 12/16/2021
at *(city and state)* Harrisonburg, VA             .

Date: 12/16/2021                         *Daryl Bender*     for IRS
                                                        *Arresting officer's signature*

                         Daryl Bender  DUSM
                                                        *Printed name and title*