AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cr-0023 |
| Richard E. Moore | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard E. Moore                                                                                              .

Date:   12/16/2021

*Christopher Schafbuch*
*Attorney's signature*

Christopher M. Schafbuch (VSB No. 94588)
*Printed name and bar number*
Lowenstein Sandler LLP
1251 Avenue of the Americas, 17th Floor
New York, New York 10020

*Address*

cschafbuch@lowenstein.com
*E-mail address*

(212) 419-5879
*Telephone number*

(212) 262-6700
*FAX number*