AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 5:21-cr-00023-EKD-JCH |
| Richard E. Moore | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard E. Moore.

Date: 01/10/2022

*Mark E. Schamel*
*Attorney's signature*

Mark E. Schamel (admitted pro hac vice)
*Printed name and bar number*

Lowenstein Sandler LLP
2200 Pennsylvania Ave. NW, Suite 500E
Washington, DC 20037
*Address*

mschamel@lowenstein.com
*E-mail address*

(202) 753-3805
*Telephone number*

(202) 753-3838
*FAX number*