IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 5:21-cr-23-EKD

RICHARD E. MOORE

Defendant.

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT

Now comes Christopher M. Okay, Counsel for Richard E. Moore, Defendant in this action, to notify the Court, its Honorable Clerk, and the United States of America of his appearance in these matters on behalf of the Defendant, effective the date set forth below.

Counsel respectfully requests that the Clerk note Counsel's appearance for Defendant in the record of these matters, and certifies that Counsel for United States, and Defendant's Counsel of record has been notified of the appearance of the undersigned.

Respectfully submitted,

/s/ Christopher M Okay

_____
Christopher M. Okay  VSB #35611

Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401

Phone: (540) 466-3130

Electronic Mail: chrisokay@icloud.com

DATED: March 24, 2022

## CERTIFICATE OF SERVICE

I certify that on this 24th day of March 2022, a true and correct copy of the foregoing Notice of Appearance for Defendant was filed by undersigned Counsel for Defendant via CM/ECF, which will send a notification of such filing to all counsel of record, and that I sent a copy of the NEF to Counsel of Record for the United States:

**Charlene Rene Day**
United States Attorneys Office
310 First Street, S.W. Room 906
Roanoke, VA 24008
540-857-2250
857-2179 (fax)
charlene.day@usdoj.gov


**Christopher Michael Schafbuch**
Lowenstein Sandler
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
212-419-5879
cschafbuch@lowenstein.com

Counsel for Defendant


/s/ Christopher M Okay