UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD E. MOORE,<br><br>Defendant. | No. 5:21-cr-00023-EKD-JCH |

**MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT RICHARD E. MOORE**

Pursuant to Local Rule 6(i), attorneys Mark E. Schamel and Christopher M. Schafbuch ("Counsel") hereby respectfully request leave to withdraw as counsel for Defendant Richard E. Moore ("Mr. Moore"). Mr. Moore will continue to be represented in this matter by attorney Christopher Okay, who filed his notice of appearance on March 24, 2022.

Withdrawing will not prejudice any party because Mr. Moore continues to be represented by counsel and trial was recently set for November 7, 2022.

Mr. Moore consents to the request to withdraw as counsel of record.

Dated: March 25, 2022                    Respectfully,

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch (VA Bar No. 94588)
Mark E. Schamel (admitted *pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
Tel: (212) 419-5879
Fax: (973) 753-3838
Email: cschafbuch@lowenstein.com

*Counsel for Defendant Richard Moore*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2022, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

*/s/ Christopher M. Schafbuch*
Christopher M. Schafbuch