## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 5:21-CR-00023-EKD-JCH-1 |
| v. | ) | |
| | ) | |
| RICHARD E. MOORE | ) | |

## NOTICE OF APPEARANCE

Mr. JOSHUA SABERT LOWTHER, Esq., pursuant to W.D. Va. L.R. 6(i),

respectfully notifies this Court of his appearance as an attorney of record for Mr.

RICHARD E. MOORE.

Date:        April 7, 2022

Respectfully submitted,

***s/ Joshua Sabert Lowther, Esq.***
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorney for Defendant
Richard E. Moore

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 5:21-CR-00023-EKD-JCH-1 |
| v. | ) | |
| | ) | |
| RICHARD E. MOORE | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically filed the foregoing

NOTICE OF APPEARANCE with the Clerk of the United States District Court

for the Western District of Virginia by way of the CM/ECF system, which

automatically will serve this document on the attorneys of record for the parties

in this case by electronic mail.

Date:        April 7, 2022

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
Admitted *Pro Hac Vice*
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com