IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 5:21-cr-00023 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| RICHARD E. MOORE | ) | United States District Judge |

**ORDER**

The United States, by counsel, and joined by the defendant, moves for a continuance of the trial scheduled in this case.  The court finds good cause to grant the motion.  Specifically, a continuance will resolve a scheduling conflict for counsel for the United States.  A failure to grant the continuance would therefore deny counsel reasonable time to prepare effectively for trial, taking into account the exercise of due diligence.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED that United States' unopposed and joined motion for a continuance is GRANTED and that this matter, now scheduled for November 7–11, 14–18, 2022, is continued to August 7–11, 2023.  The time period between November 7, 2022, and August 7, 2023, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: September 27, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge