**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **5:21-CR-00023-EKD-JCH-1** |
| | **)** | |
| **RICHARD E. MOORE** | **)** | |

**DEFENDANT RICHARD E. MOORE'S**
**MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES**

NOW COMES Defendant RICHARD E. MOORE ("Mr. Moore"), by counsel, pursuant to Title 18 of United States Code Section 3161(h) moves this Honorable Court to continue the jury trial scheduled for March 22, 2022, and all associated deadlines. In support of his Motion, Mr. Moore files a memorandum in support simultaneously herewith.

Date:  May 2, 2023

Respectfully submitted,

*/s/ Joshua Sabert Lowther Esq.*
Joshua Sabert Lowther Esq.
GSB No. 460398
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
(404) 496-4052
jlowther@lowtherwalker.com

*/s/ Christopher M. Okay, Esq.*
Christopher M. Okay, Esq.
VSB No. 35611
Chris Okay, Attorney at Law
117 S Lewis St., Ste. 218
Staunton, VA 24401
(804) 477-4955
chrisokay@icloud.com

Attorneys for Richard E. Moore

## CERTIFICATE OF SERVICE

I certify that on May 2, 2023, I electronically filed the foregoing DEFENDANT RICHARD E. MOORE'S MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES with the Clerk of the United States District Court for the Western District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

> Charlene Rene Day
> Assistant United States Attorney
> United States Attorney's Office
> Western District of Virginia
> 310 First St., SW Room 906
> Roanoke, VA 24008
> (540) 857-2250
> (540) 857-2179 (fax)
> charlene.day@usdoj.gov

> */s/ Joshua Sabert Lowther Esq.*
> Joshua Sabert Lowther Esq.
> GSB No. 460398
> Lowther | Walker LLC
> 101 Marietta St., NW, Ste. 3325
> Atlanta, GA 30303
> (404) 496-4052
> jlowther@lowtherwalker.com