IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 5:21-CR-00023-EKD-JCH-1 |
| | ) | |
| **RICHARD E. MOORE** | ) | |

### DEFENDANT RICHARD E. MOORE'S
### MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES

NOW COMES Defendant RICHARD E. MOORE ("Mr. Moore"), by counsel, pursuant to Title 18 of United States Code Section 3161(h) moves this Honorable Court to continue the jury trial scheduled for August 7, 2023, and all associated deadlines. In support of his Motion, Mr. Moore files a memorandum in support simultaneously herewith.

Date:       May 3, 2023

        Respectfully submitted,

        ***/s/ Joshua Sabert Lowther Esq.***
        Joshua Sabert Lowther Esq.
        GSB No. 460398
        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3325
        Atlanta, GA 30303
        (404) 496-4052
        jlowther@lowtherwalker.com

        ***/s/ Christopher M. Okay, Esq.***
        Christopher M. Okay, Esq.
        VSB No. 35611
        Chris Okay, Attorney at Law
        117 S Lewis St., Ste. 218
        Stauton, VA 24401
        (804) 477-4955
        chrisokay@icloud.com

        Attorneys for Richard E. Moore

**CERTIFICATE OF SERVICE**

      I certify that on May 3, 2023, I electronically filed the foregoing DEFENDANT RICHARD E. MOORE'S MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES with the Clerk of the United States District Court for the Western District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

      Charlene Rene Day
      Assistant United States Attorney
      United States Attorney's Office
      Western District of Virginia
      310 First St., SW Room 906
      Roanoke, VA 24008
      (540) 857-2250
      (540) 857-2179 (fax)
      charlene.day@usdoj.gov

      */s/ Joshua Sabert Lowther Esq.*
      Joshua Sabert Lowther Esq.
      GSB No. 460398
      Lowther | Walker LLC
      101 Marietta St., NW, Ste. 3325
      Atlanta, GA 30303
      (404) 496-4052
      jlowther@lowtherwalker.com