# Exhibit 1

# CERTIFICATE OF AUTHENTICITY
# OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, _Alice Quinn_ (Please print), am employed by/associated with _ADP, LLC_ (organization). My official title is _Senior Legal Assistant_ (Please print).

By reason of my position I am familiar with how _ADP, LLC_ (organization) maintains records relating to its regularly conducted business activity, and I am authorized and qualified to make this declaration.

I further certify that the attached records are originals or true copies of records which:

(A) Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

(B) Were kept in the course of regularly conducted business activity;

(C) Were made by the said business activity as a regular practice; and

(D) If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

Executed on _12/12/2018_ Date

_Alice Quinn_ Signature

_Alice Quinn_ Printed Name

MOORE_USAPROD_0158967

2016R00202 - 095

# CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Alice Quinn__ (Name), attest on penalty of criminal punishment for false statement or false attestation that I am/~~was~~ the a __Senior Legal Assistant__ (Title) of __ADP, Inc__ from __2004__ through __present__, and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __ADP Inc.__, located at _____.

I further state that:

A)  such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B)  such records were kept in the course of a regularly conducted business activity;

C)  the business activity made such records as a regular practice; and

D)  if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __12-6-2021__ (Date)     __Alice Quinn__ (Signature)

__Roseland, NJ__
Location

MOORE_USAPROD_0492818