# Exhibit 2

CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Alisa Hensley__ (Name), attest on penalty of criminal punishment for false statement or false attestation that I am/was the __Event Planner__ (Title) of __4lu Entertainment__ from __Jan. 1 2015__ through __Dec 30, 2016__ and that I also am/was a custodian of records for that same time period.

I have reviewed the attached records. I certify that these records are the original or duplicate copies of the original records in the custody of __myself__, located at __Nashville TN__.

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best of my knowledge and belief.

Executed on __10/30/2023__
Date

Signature: __Alisa Hensley__

Location: __Nashville TN__