UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Case Numbers** |
| ) | **5:21-CR-23-EKD** |
| ) | |
| v. ) | |
| ) | |
| **RICHARD E. MOORE** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**NOTICE OF APPEARANCE**

   **THIS DAY, COMES**, **Amina Matheny-Willard**, Counsel for **Richard E. Moore,** in the above-captioned matter to notify This Honorable Court, its Honorable Clerk, and the Parties to this proceeding of her appearance on behalf of **Richard E. Moore.**

**DATE OF NOTICE: November 17, 2023.**

**/s/ Amina Matheny-Willard**
Amina Matheny-Willard, VSB#: 43566
Attorney and Counselor at Law
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite #2525
Norfolk, Virginia 23510
Firm Tel.: 757.777.3441
Firm Fax: 757.282.7808
Email: amina@aminalaw.com

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

## CERTIFICATE OF SERVICE

I hereby certify that I caused the attached Notice of Appearance to be sent to the following counsel / parties via CM/ECF (Case Management / Electronic Case Files):

William M. Montague, Esquire
Trial Attorney
U.S. Department of Justice, Tax Division
Southern Criminal Enforcement Section
Tel: 202-616-2386
Email: William.M.Montague@usdoj.gov

Joshua Sabert Lowther, Esquire
Lowther, Walker, LLC
101 Marietta Street, N.W., Suite 3650
Atlanta, Georgia 30303
Tel.: 404-496-4052
Fax: 866-819-7859

Christopher Okay, Esquire
117 S. Lewis Street, Suite 218
Staunton, Virginia 24401
Tel.: 540-466-3130
Email: chrisokay@icloud.com

**/s/ Amina Matheny-Willard**

Counsel for Defendant

on: **November 17, 2023**.

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com
**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com