IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | 5:21-CR-00023-EKD-JCH-1 |
| ) | |
| RICHARD E. MOORE ) | |

### DEFENDANT RICHARD E. MOORE'S MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES

NOW COMES Defendant RICHARD E. MOORE ("Mr. Moore"), by counsel, pursuant to Title 18 of United States Code Section 3161(h) moves this Honorable Court to continue the jury trial scheduled for December 4, 2023, and all associated deadlines. In support of his Motion, Mr. Moore files a memorandum in support simultaneously herewith.

Date:  November 20, 2023

Respectfully submitted,

*/s/ Amina Matheny-Willard, Esq.*
Amina Matheny-Willard
VSB #43566
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suites 2525
Norfolk, Virginia 23510
T: 757-777-3441; F: 757.282.7808
Email: amina@aminalaw.com

*/s/ Joshua Sabert Lowther Esq.*
Joshua Sabert Lowther Esq.
GSB No. 460398
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
(404) 496-4052
jlowther@lowtherwalker.com

1

**CERTIFICATE OF SERVICE**

  I certify that on November 20, 2023, I electronically filed the foregoing DEFENDANT RICHARD E. MOORE'S MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE JURY TRIAL AND ALL ASSOCIATED DEADLINES with the Clerk of the United States District Court for the Western District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

William M. Montague
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
4 Constitution Square, Mail Stop: 1.1505
Washington, D.C. 20002
Ph: (202) 616-2386
Email: william.m.montague@usdoj.gov

Matthew C. Hicks
Trial Attorney
 U.S. Department of Justice, Tax Division
 150 M Street, N.E.
 4 Constitution Square, Mail Stop: 1.1313
 Washington, D.C. 20002
Telephone: (202) 616-2412
 Email: matthew.c.hicks@usdoj.gov

                ***/s/ Amina Matheny-Willard, Esq.***
                 Amina Matheny-Willard
                 VSB #43566
                 Amina Matheny-Willard, PLLC
                 999 Waterside Drive, Suites 2525
                 Norfolk, Virginia 23510
                 T: 757-777-3441; F: 757.282.7808
                 Email: amina@aminalaw.com