# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Richard E. Moore

TYPE OF HEARING: Arr on SSI

Case No.: 5:21CR00023

Date: 11/20/2023

Time in Court: 9:35 - 9:38 = 3 min.

***

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. AUSA - William Montague
3. Dft - Moore
4. Def Atty - Joshua Lowther
5. AUSA -
6. 
7. 
8. 
9. deputy clerk - Karen Dotson
10. 

***

Recording saved to H'burg I: drive (ctrm 2)    RECORDED BY: Karen Dotson, FTR

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 9:35 | 1,9 | | | | | | | | |
| | 1,2 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1,3 | | | | | | | | |
| | 1,3 | | | | | | | | |
| 37 | 1,3 | | | | | | | | |
| | 1,2 | | | | | | | | |
| 38 | 1,3 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1,3 | | | | | | | | |
| | 1,2 | | | | | | | | |
| | 4,1 | | | | | | | | |