# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 5:21cr23     Date: 11/20/2023

**Defendant:** Richard E. Moore, Bond     **Counsel:** Joshua Lowther, Amina Mantheny-Willard, Michael Song (PHV pending); retained

**PRESENT:**
- JUDGE: Elizabeth K. Dillon
- TIME IN COURT: 10:30a – 12:00p, 12:10 – 12:25; 1h 45m
- Deputy Clerk: K. Anglim
- Court Reporter: Melissa Custis
- U. S. Attorney: William Montague, Matthew Hicks
- USPO: Angela George
- Case Agent: Wes Johnson

PROCEEDINGS:
Parties present by counsel for a pretrial conference.
Oral argument on Dft's Motion to Continue (dkt. 60) and Plf's Motions in Limine under Rule 404(b) (dkt 53, 59)
Argument, Objections, Rebuttal as reflected in the record.
Court denies motion to continue.
Court takes Motions in Limine under advisement.
Lafler Frye Inquiry held.
Trial to be held December 4 – 15, 2023
Remarks by Court re. conduct of trial and procedure for jury selection.
Plaintiff moves for conflict inquiry.
Joshua Lowther makes oral motion to withdraw as counsel.
Court continues trial for reasons as stated on the record and not for issues addressed in the Motion to Continue (dkt. 60)
Court grants oral motion to withdraw as counsel.
Any necessary motions, briefing, and conflict inquiries to be filed after the Thanksgiving holiday.
Clerk will be in touch with new trial dates.