UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

UNITED STATES,

v.

RICHARD MOORE

No.: 5:21-cr-00023-EKD-JCH

**DEFENDANT RICHARD MOORES 'S MOTION TO WITHDRAW COUNSEL**

Defendant Richard Moore hereby moves, by and through counsel, pursuant to L.R. 6(i) and Rule 1.7(a) of the Rules of Professional Conduct of the State Bar of Virginia. In support of his Motion Mr. Moore states the following:

1. The Fourth Circuit has recognized that "[a] criminal defendant's Sixth Amendment right to effective assistance of counsel includes a right to counsel unhindered by conflicts of interest." *Mickens v. Taylor*, 240 F.3d 348, 355 (4th Cir. 2001) (citation omitted). As a result, "trial courts have an obligation to inquire into potential conflicts of interest when they know or reasonably should know of a particular conflict." *Id.* at 358 (citing *Wood v. Georgia*, 450 U.S. 261, 272-73 (1981)).

2. Further, this Circuit recognizes that in discharging this duty, courts should consider defense counsel raising conflicts "particularly persuasive" because: "(1) defense counsel is in the best position to evaluate his [or her] potential conflicts of interest; (2) defense

attorneys are obligated to inform the court of conflicts of interest; and (3) attorneys are officers of the court whose declarations to the court are 'virtually made under oath.' " *Id*. at 357 (quoting *Holloway v. Arkansas*, 435 U.S. 475, 485–86 (1978)).

3. After entering the instant matter, on November 21, 2023, local counsel Amina Matheny Willard and *pro hac vice* counsel (collectively "Counsel") were informed of the possibility of a conflict of interest. Unfortunately, after further investigation—also, promptly undertaken—it was discovered that this conflict was a "concurrent conflict" under the Rules of Professional Conduct.

4. In terms of the conflict, Attorney Song has a conflict based on his past and current representation of Nexus Services which the defendant has not waived. Attorney Matheny Willard has a conflict based on her prior and current representation of Zachary Cruz. This conflict is unwaivable.

5. On the basis of the above facts, a "concurrent conflict" appears that presents grounds for disqualification under Rule 1.7(a). Where a Court determines that the Virginia Rules of Professional Conflict allows for or mandates a withdrawal, likewise the District Court should allow or require a withdrawal. *See Diedrich v. City of Newport News, Virginia,* No. Civ. A. 4:04CV9, 2004 WL 3436073, at * 2 (E.D.Va. Nov. 29, 2004) (citing Va. Rules of Prof'l Conduct R. 1.16 and holding that Court should look to Virginia Rules of Professional Conduct would allow for withdrawal under the circumstances), *aff'd,* 126 Fed. Appx 112 (4th Cir.2005).

6. The Virginia Rules of Professional Conduct mandate withdrawal where there is a conflict of interest or where the representation would otherwise violate the Rules of Professional Conduct. *See* Va. Rules of Prof'l Conduct R. 1.16(a)(1). The language utilizes mandatory

rather than precatory language. *See id.* ("a lawyer *shall not* represent a client or, where representation has commenced, *shall withdraw* from the representation of a client if. . . the representation will result in violation of the Rules of Professional Conduct or other law[.]") (emphasis added).

7. Further, Rule 1.7(a) defines as a concurrent conflict as present when "(1) the representation of one client will be directly adverse to another client; or (2) there is significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer." Va. Rules of Prof'l Conduct R. 1.7(a).

8. Currently, the requirements for the exception in Rule 1.7(b) (allowing waiver of concurrent conflict where certain conditions are met) do not exist in this case.

9. On December 8, 2023, counsel conferred with the government, and they do not oppose this motion.

For the foregoing reasons, undersigned counsel respectfully requests that this Honorable Court allow undersigned to withdraw from further representation of the Defendant in this matter. A proposed order is attached.

Dated: December 8, 2023

                                                Respectfully submitted,

                                                ***/s/ Amina Matheny-Willard, Esq.***
                                                Amina Matheny-Willard
                                                VSB #43566
                                                Amina Matheny-Willard, PLLC
                                                999 Waterside Drive, Suites 2525
                                                Norfolk, Virginia 23510
                                                T: 757-777-3441; F: 757.282.7808
                                                Email: amina@aminalaw.com

/s/ *Michael C. Song Esq.*
Michael C. Song Esq.
CO Bar No. 46754
Cantafio & Song PLLC
1875 Lawrence Street, Suite 730
Denver, CO 80238
(303) 615-2731
msong@fncslaw.com

## CERTIFICATE OF SERVICE

I certify that on December 8, 2023, I electronically filed the foregoing DEFENDANT RICHARD E. MOORE'S MOTION TO WITHDRAW COUNSEL with the Clerk of the United States District Court for the Western District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

William M. Montague
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
4 Constitution Square, Mail Stop: 1.1505
Washington, D.C. 20002
Ph: (202) 616-2386
Email: william.m.montague@usdoj.gov

Matthew C. Hicks
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
4 Constitution Square, Mail Stop: 1.1313
Washington, D.C. 20002
Telephone: (202) 616-2412
Email: matthew.c.hicks@usdoj.gov

/s/ *Amina Matheny-Willard, Esq.*
Amina Matheny-Willard

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        VSB #43566
        Amina Matheny-Willard, PLLC
        999 Waterside Drive, Suites 2525
        Norfolk, Virginia 23510
        T: 757-777-3441; F: 757.282.7808
        Email: amina@aminalaw.com

***/s/ Michael C. Song Esq.***
Michael C. Song Esq.
CO Bar No. 46754
Cantafio & Song PLLC
1875 Lawrence Street, Suite 730
Denver, CO 80238
(303) 615-2731
msong@fncslaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES, | |
| v. | No.: 5:21-cr-00023-EKD-JCH |
| RICHARD MOORE. | |

**[Proposed] ORDER**

Upon consideration of Defendant Richard Moore's Counsels' Motion to Withdraw as Counsel ("Motion"), and all of the papers submitted in support thereof and opposition thereto:

The Motion is hereby GRANTED. The Court finds that good cause shown, and IT IS HEREBY ORDERED that Michael Song Amina Matheny-Willard, having shown good cause, are withdrawn as counsel for Defendant Richard Moore.

IT IS SO ORDERED.

Dated: _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE