IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES OF AMERICA

v.   Case No. 5:21-cr-23-EKD

RICHARD E. MOORE

 Defendant.

## COUNSEL'S MOTION TO WITHDRAW

COMES NOW Movant, Christopher M. Okay, local counsel for Defendant Richard Moore in this matter, who informs the Court that undersigned Counsel has disengaged from representing the Defendant on the basis of multiple unwaivable conflicts of interest arising from Counsel's past representation of Nexus Services, Inc., which Defendant has not waived, and on that basis seeks leave to withdraw from representing Defendant in this matter.

There is good cause for this withdrawal.  Plainly stated, conditions have arisen such that Counsel's continued representation under the circumstances has been rendered impossible. Defendant does not oppose this motion and was given reasonably sufficient notice of it in advance.

Accordingly, the movant, Christopher M. Okay, respectfully requests leave to withdraw as counsel of record.

Respectfully submitted this 12th day of December 2023,

/s/ CHRISTOPHER M. OKAY
Christopher M. Okay (VSB #35611)
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
Tel: (540) 466-3130
chrisokay@icloud.com

_____  *Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I certify that on this 12th day of December 2023, a copy of the foregoing was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

By:

<u>/s/ CHRISTOPHER M. OKAY</u>
Christopher M. Okay (VSB #35611)
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
Tel: (540) 466-3130
chrisokay@icloud.com