IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.:  5:21cr23                                            Date:  12/13/2023

**Defendant:**  Richard E. Moore, Custody              **Counsel:**  Amina Matheny-Willard, Michael Song, Christopher Okay, Retained

PRESENT:       JUDGE:                Elizabeth K. Dillon
               TIME IN COURT:        3:21 – 3:40; 19 m
               Deputy Clerk:         K. Anglim
               Court Reporter:       S. Bragg
               U. S. Attorney:       Matthew Hicks, William Montague
               USPO:                 Andrew Ridgway
               Case Agent:           SA Wes Johnson

PROCEEDINGS:
Counsel present via zoom for a status conference regarding the conflict-of-interest issues and motions to withdraw (dkts 71 and 72).
New counsel has been identified and performing conflict check.
Current defense counsel will remain in the case until new counsel has noted their appearance.
Court expects Notice of Appearance or Notice of Substitution to be filed no later than 12/20/2023.