**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF VIRGINIA**

UNITED STATES,

v.

RICHARD MOORE

No.: 5:21-cr-00023-EKD-JCH

**DEFENDANT RICHARD MOORES 'S NOTICE RELATED TO NEW COUNSEL**

Defendant Richard Moore hereby provides the following notice to the Court related to Defendant's search for new counsel:

1. Richard Moore has identified counsel of his choosing. That counsel is highly specialized in defense of tax cases, particularly in complex matters.

2. The Court was advised during our December 13, 2023, status conference that the prospective new firm was completing a "conflicts check". The Court directed new counsel to enter an appearance by December 20, 2023.

3. On December 20, 2023, prospective counsel responded to the Defendant that the firm had completed its conflicts check, but indicated that further consideration of the case was necessary before the firm could enter an appearance.

4. Specifically, this particular firm does not accept cases unless the case is approved by a case selection committee. The firm has advised that additional time is required to consider this engagement, particularly considering the Holiday schedule.

5. The Defendant would prefer to retain the firm and attorney he has identified, which is considering accepting the matter.

6. The Defendant believes that the matter may be resolved by the end of the month of December.

For the foregoing reasons, undersigned counsel respectfully provides the above notice and requests that this Honorable Court allow additional time for Mr. Moore to hire replacement counsel, and to permit the Defense to provide an additional update to the Court by January 4, 2024.

Dated: December 21, 2023

*RESPECTFULLY SUBMITTED:*

*/s/ Amina Matheny-Willard, Esq.*
Amina Matheny-Willard
VSB #43566
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suites 2525
Norfolk, Virginia 23510
T: 757-777-3441; F: 757.282.7808
Email: amina@aminalaw.com

*/s/ Michael C. Song Esq.*
Michael C. Song Esq.
CO Bar No. 46754
Cantafio & Song PLLC
1875 Lawrence Street, Suite 730
Denver, CO 80238
(303) 615-2731
msong@fncslaw.com

# **CERTIFICATE OF SERVICE**

I certify that on December 21, 2023, I electronically filed the foregoing DEFENDANT RICHARD E. MOORE'S NOTICE RELATED TO NEW COUNSEL with the Clerk of the United States District Court for the Western District of Virginia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail as follows:

William M. Montague
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
4 Constitution Square, Mail Stop: 1.1505
Washington, D.C. 20002
Ph: (202) 616-2386
Email: william.m.montague@usdoj.gov

Matthew C. Hicks
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street, N.E.
4 Constitution Square, Mail Stop: 1.1313
Washington, D.C. 20002
Telephone: (202) 616-2412
Email: matthew.c.hicks@usdoj.gov

*/s/ Amina Matheny-Willard, Esq.*
Amina Matheny-Willard
VSB #43566
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suites 2525
Norfolk, Virginia 23510
T: 757-777-3441; F: 757.282.7808
Email: amina@aminalaw.com