IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action No. 5:21-cr-00023 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| RICHARD E. MOORE | ) | United States District Judge |

**ORDER**

On November 20, 2023, the trial of this case scheduled for December 4–15, 2023, was continued by oral order for the reasons stated on the record.  There are two Motions to Withdraw as Attorney currently pending awaiting new counsel for the defendant to enter an appearance.  A continuance was and is necessary to allow the defendant to retain, or be appointed, new counsel and for such counsel to have time to prepare for trial.  A failure to grant the continuance would therefore deny counsel reasonable time to prepare effectively for trial, taking into account the exercise of due diligence.

The court further finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

Accordingly, it is hereby ORDERED this matter, previously scheduled for trial December 4–15, 2023, is continued to December 2–13, 2024.  The time period between December 4, 2023, and December 2, 2024, will be excluded from the calculation of time under the Speedy Trial Act.

The clerk is directed to send a copy of this order to all counsel of record.

Entered: January 25, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge