# Exhibit A


Name List   Pleadings/Orders   Services   Main Menu   Logoff

## Augusta County Circuit - Criminal Division
### Case Details

| Case Number: CR20000230-00 | Filed: 05/26/2020 | Commenced by: Direct Indictment | Locality: COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant: MOORE, RICHARD EDWARD | Sex: Male | Race: White | DOB: 06/18/**** |
| Address: FISHERSVILLE, VA 22939 | | | |
| Charge: PERJURY: FALSELY SWEAR AN OATH | Code Section: 18.2-434 | Charge Type: Felony | Class: 5 |
| Offense Date: 09/19/2019 | Arrest Date: 07/02/2020 | OTN: 015CR2000023000 | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 05/26/2020 | 9:00AM | Grand Jury | | | | | True Bill - Def. Arrested On Capias |
| 2 | 07/09/2020 | 10:30AM | Motion - Other Pre-Trial | | | | | Withdrawn |
| 3 | 07/10/2020 | 9:00AM | Advise About Attorney Arrangements | | | | | Withdrawn |
| 4 | 07/15/2020 | 11:30AM | Bond | | | | | Granted |
| 5 | 02/17/2021 | 11:00AM | Hearing | | | | | Continued |
| 6 | 03/02/2021 | 9:00AM | Jury Trial | | | 2 Day(s) | No | Continued |
| 7 | 03/03/2021 | 9:00AM | Jury Trial | | | 2 Day(s) | No | Continued |
| 8 | 03/08/2021 | 3:00PM | To Be Set | | | | | Set For Trial |
| 9 | 08/24/2021 | 2:30PM | Motion - Other Pre-Trial | | | | | Granted |
| 10 | 02/15/2022 | 3:15PM | Bond | | | | | Carried Over |
| 11 | 03/25/2022 | 1:00PM | Bond | | | | | Carried Over |
| 12 | 06/16/2022 | 3:30PM | Arraignment | | Not Guilty | | | Carried Over |
| 13 | 06/23/2022 | 8:30AM | Jury Trial | | | | No | Withdrawn |
| 14 | 06/24/2022 | 1:00PM | Motion - Other Pre-Trial | | | | | Carried Over |
| 15 | 07/12/2022 | 4:30PM | Hearing | | | | | Granted |
| 16 | 07/19/2022 | 8:30AM | Jury Trial | | | | No | Continued |
| 17 | 08/12/2022 | 3:00PM | To Be Set | | | | | Withdrawn |
| 18 | 08/15/2022 | 2:00PM | Motion - Other Pre-Trial | | | | | Granted |
| 19 | 03/16/2023 | 11:00AM | Pre-Trial | | | | | Continued Generally |
| 20 | 03/23/2023 | 8:30AM | Jury Trial | | | | No | Continued Generally |
| 21 | 08/01/2023 | 9:00AM | Pre-Trial | | | 3 hour(s) | | Resolved Order Pending |
| 22 | 09/13/2023 | 4:00PM | Plea | | Nolo Contendere | | | Deferred Disp. Terminated |
| 23 | 09/15/2023 | 9:00AM | Jury Trial | | | 1 Day(s) | No | Withdrawn |
| 24 | 12/15/2023 | 10:30AM | Motion - Other Pre-Trial | | | | | Denied |
| 25 | 12/15/2023 | 10:30AM | Hearing | | | | | Presentence Ordered |
| 26 | 04/01/2024 | 3:00PM | Motion - Other Pre-Trial | | | 1 hour(s) | | Denied |
| 27 | 04/03/2024 | 10:00AM | Sentencing | | | 2 hour(s) | | Sentenced |
| 28 | 09/19/2024 | 10:30AM | Further Disposition | | | | | Withdrawn |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>04/03/2024 | Concluded By:<br>Trial - Judge With Witness |
|---|---|---|
| Amended Charge: | Amended Code Section: | Amended Charge Type: |

| Jail/Penitentiary:<br>Penitentiary | Concurrent/Consecutive:<br>Sentence Is Run Consecutively With Another | Life/Death: |
|---|---|---|
| Sentence Time:<br>5 Year(s) | Sentence Suspended:<br>4 Year(s)3 Month(s) | Operator License Suspension Time: |
| Fine Amount:<br>$0.00 | Costs:<br>$413.00 | Fines/Cost Paid: |
| Program Type: | Probation Type:<br>Supervised | Probation Time:<br>3 Year(s) |
| Probation Starts:<br>Probation To Begin Upon Release | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality: | |

**Appealed Date:**

[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]

Build #: 3.9.1.10