# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 5:21-CR-00023 |
| | ) | |
| **v.** | ) | |
| | ) | **PETITION FOR WRIT OF HABEAS** |
| **RICHARD E. MOORE** | ) | **CORPUS AD PROSEQUENDUM** |

Your petitioner, United States of America, by Charlene R. Day, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That this case is a prosecution upon an Indictment, charging the defendant with ten counts of violating 26 U.S.C. § 7202, and two counts of violating 26 U.S.C. § 7206(2).

2. That the presence of the said defendant before the United States District Court for the Western District of Virginia at Harrisonburg, Virginia, scheduled for Motion Hearing at 2:00 p.m. on May 29, 2024, is necessary and he is now in custody of the Middle River Regional Jail in Staunton, Virginia.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated:  May 6, 2024

s/Charlene R. Day
Charlene R. Day
Assistant United States Attorney

******************************************************************************

**TO:  Middle River Regional Jail, 350 Technology Drive,**
**Staunton, VA 24401 – Telephone: (540) 245-5420 ext. 1242**

GREETINGS:

WE COMMAND YOU that you surrender the body of **RICHARD E. MOORE (DOB: 06/18/1977)** detained in the Middle River Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, or any other authorized Federal Law Enforcement Agent/Officer to the end that his body will be before the United States District Court for the Western District of Virginia, at Harrisonburg, Virginia, on May 29, 2024, at 2:00 p.m., or at such other time or times as the District Court may direct.

ENTERED:  This ____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT AGENT/OFFICER:**

TO EXECUTE:

WE COMMAND that you proceed to the Middle River Regional Jail, and remove therefrom the body of **RICHARD E. MOORE (DOB: 06/18/1977)** and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Harrisonburg, Virginia, on May 29, 2024, at 2:00 p.m. or at such other time or times as the District Court may direct; and upon completion of the case, return the said **RICHARD E. MOORE (DOB: 06/18/1977),** to the Middle River Regional Jail.

                                      LAURA A. AUSTIN
                                      CLERK OF COURT

BY: _____
            Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2024.

BY: _____
    United States Marshal/Deputy or
    Authorized Federal Law Enforcement Agent/Officer

RETURNED:

EXECUTED this _____ day of _____, 2024.

BY: _____
    United States Marshal/Deputy or
    Authorized Federal Law Enforcement Agent/Officer

SENTENCED STATE PRISONER:   Yes: _____      No: _____