# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

**CRIMINAL MINUTES - GENERAL MINUTES**

Case No.: **5:21cr23**          Date: **5/29/2024**

**Defendant:** Richard E. Moore, Custody          **Counsel:** Amina Matheny-Willard, Michael Song (zoom), Retained

PRESENT:
- JUDGE: Elizabeth K. Dillon
- TIME IN COURT: 2:00 – 2:31; 31m
- Deputy Clerk: K. Anglim
- Court Reporter: M. Butenschoen
- U. S. Attorney: Matthew Hicks, William Montague (zoom), Charlene Day (zoom)
- Case Agent: SA Wes Johnson

PROCEEDINGS:
Parties present by counsel in person and via zoom for oral argument on the government's Motion for Hearing on Defendant's Failure to Retain Counsel (dkt. 86).
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.
Defendant remanded to state custody.