CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

July 08, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Action No. 5:21-cr-00023 |
| v.  ) | |
| ) | By: Elizabeth K. Dillon |
| RICHARD E. MOORE  ) | United States District Judge |

**ORDER**

By opinion and order entered June 21, 2024, the court permitted all of defendant's counsel to withdraw and deemed Moore to have elected to proceed *pro se*. (Dkt. No. 91.) The court also appointed standby counsel pursuant to 5 U.S.C. § 3109, who is permitted to "provide advice to and consult with the defendant as necessary to protect the integrity and continuity of these proceedings." (*Id.* at 6.)

Before all defense counsel were permitted to withdraw, the United States had filed two motions in limine, (Dkt. Nos. 53, 59), but no one responded on behalf of Moore. The court would benefit from briefing on the issues raised in those motions, and it finds that a longer-than-usual time to respond is appropriate: (1) because of Moore's *pro se* status and current incarceration; (2) to allow standby counsel sufficient time to become familiar with the case and pending motions; and (3) given that trial is set to begin in December, still months away. Thus, it is hereby ORDERED that Moore shall file a response to the two motions not later than August 2, 2024.

The clerk is directed to send a copy of this order to all counsel of record and to Moore at his current place of incarceration.

Entered: July 8, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge