CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

10/1/24
LAURA A. AUSTIN, CLERK
BY: s/ M. Ballweg
     DEPUTY CLERK

PS 8
(10/97)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

U.S.A. vs. Richard E. Moore                                    Docket No. 5:21CR00023

Petition for Action on Conditions of Pretrial Release

      COMES NOW Seth F. Flory, Probation Officer, presenting an official report upon the conduct of defendant Richard E. Moore who was placed under pretrial release supervision by the Honorable Joel C. Hoppe, United States Magistrate Judge, sitting in the Court at Charlottesville, Virginia, on December 16, 2021, under the following conditions:

**(1):** *"The defendant must not violate federal, state, or local law while on release."*

Respectfully presenting petition for action of Court and for cause as follows:

On September 26, 2024, a second superseding indictment was filed against the defendant, alleging he willfully failed to truthfully account for and pay over the trust fund taxes due and owing to the Internal Revenue Service (IRS) on behalf of the employees of Nexus. This alleged conduct took place between December 31, 2022, and April 30, 2024. Furthermore, this alleged criminal conduct mirrors that for which he was originally charged in December 2021.

Based on the defendant's failure to comply with his conditions of release and his continued criminal conduct, this officer respectfully requests that a warrant be issued.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued to determine whether the defendant's bond should be revoked and that this petition and the warrant be **SEALED** until the execution of the warrant.

THE COURT ORDERS

[   ]    No Action
[x]    The Issuance of a Warrant (Petition, violation report, and warrant shall be **SEALED** until execution of warrant.)
[   ]    The Issuance of a Summons
[   ]    Other

| | |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this __1st__ day of __October__, 20 __24__ and ordered filed and made a part of the records in the above case. | Executed on: October 1, 2024 |
| _____<br>U.S. Magistrate Judge | _____<br>U.S. Pretrial Services/Probation Officer<br><br>Place: Harrisonburg, Virginia |