AO 442 (Rev. 11/11) Arrest Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

October 04, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD E. MOORE | ) | Case No. 5:21cr23 |
| FILED AS A DETAINER WITH | ) | |
| MIDDLE RIVER REGIONAL JAIL | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

UNITED STATES MARSHALS SERVICE

Western District of Virginia
Date of Receipt: Oct 04, 2024
Time of Receipt: 11:27:19 am
Received By: JCW

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Richard E. Moore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

26:7202 - Failure to Pay Over or Collect Tax
26:7206(2) - Aiding and Assisting in the Prep of a False Tax Return

Date: 09/27/2024

*K. Anglin*
*Issuing officer's signature* — Deputy Clerk

City and state: Roanoke, Virginia

Elizabeth K. Dillon, Chief U.S. District Court Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/03/2024, and the person was arrested on *(date)* 10/03/2024
at *(city and state)* 255 West Main Street, Suite 204, Charlottesville, VA. 22902.

Date: 10/04.2024

*James C. Williams*
*Arresting officer's signature*

James C. Williams / Deputy U.S.Marshal
*Printed name and title*