UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)  Case No. 5:21-CR-00023<br>RICHARD E. MOORE,            )<br>)<br>Defendant.              ) | |

**MOTION TO WITHDRAW**

Charlene R. Day, Assistant United States Attorney for the Western District of Virginia, hereby moves to withdraw as counsel in this case for the United States of America.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

/s/ *Charlene R. Day*
Charlene Rene Day
VA Bar No. 42707
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008-1709
charlene.day@usdoj.gov

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Charlene R. Day*
Assistant United States Attorney