# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Harrisonburg Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | **CAFN  5:21-cr-00023** |
| ) | |
| **RICHARD MOORE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## MOTION TO ADMIT COUNSEL *pro hac vice*

COMES NOW Mario B. Williams, counsel to Defendant Richard Moore, pursuant to Local Rule 6(d) of this Court, and respectfully moves this Court for entry of an order admitting John M. Shoreman *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendant Richard Moore and to receive all electronic filings in this case and states the following in support thereof.

(1) John M. Shoreman is duly licensed and in good standing to practice before all courts in the District of Columbia having been admitted to the Bar of the District of Columbia in May, 1986. Mr. Shoreman is duly licensed, in good standing and admitted to practice before the United States District Courts of the District of Columbia, Maryland and the Western District of Pennsylvania; and before the United States Courts of Appeal for the Third, Fourth, Sixth, Ninth Circuits and the District of Columbia.

(2) Mr. Shoreman obtained his *juris doctor* from the Syracuse University College of Law in 1985.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an Order admitting John M. Shoreman *pro hac vice* for the purposes of appearing as co-counsel for Richard Moore and to receive all electronic filings in this case.

Dated:  November 19, 2024                                   Respectfully submitted,


                                                            */s/ Mario B. Williams*


Mario B. Williams
HDR, LLC
5600 Roswell Road, Bldg. C
Suite 103
Sandy Springs, GA  30342
mwilliams@hdrattorneys.com

## CERTIFICATE OF SERVICE

I, Mario B. Williams, hereby certify that on this 19th day of November, 2024, I electronically filed the foregoing motion with the Clerk of the United States District Court for the Western District of Virginia using the CM/ECF system causing the foregoing said motion to be forwarded to all counsel of record.

/s/ Mario B. Williams