IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
FILED

December 05, 2024

Laura A. Austin, Clerk
By: s/ Kelly Anglim
     Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.                               )<br> )<br> )<br>RICHARD E. MOORE           ) | Criminal No. 5:21-cr-23 |

## ORDER

Pending before the court are three motions filed by defendant Moore. Briefly summarized, the first asks that the United States disclose documents supporting its draft reports as well as be required to provide final versions of all such reports by a date certain. (Dkt. No. 165.) In the second, Moore asks that the United States identify whether the persons on its witness list are designated as "will call" or "may call." (Dkt. No. 166.) In the third, Moore provides a "Notice of Update" as to those two motions, again asserting that he has not been provided with the information he requests. (Dkt. No. 169.) That "Notice" also requests that the court continue the trial for several weeks. (*Id.* at 1.)

In response, the court reached out to all counsel and inquired of counsel for the United States as to when the requested information would be provided. The United States advised via email that, as of today, counsel has provided to defendant the information requested in his motions. In light of that representation, the court ORDERS that all three motions (Dkt. Nos. 165, 166, and 169) are DENIED AS MOOT. Further, to the extent there has been any delay in providing that information, the court finds that it does not warrant a continuance of the January 6, 2025 trial date. Thus, any motion for a continuance is DENIED.

Entered: December 5, 2024.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge