UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 5:21-CR-00023 |
| RICHARD E. MOORE, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Charlene R. Day, Assistant United States Attorney for the Western District of Virginia, moves to withdraw as counsel in this case for the United States of America.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

 /s/ *Charlene R. Day*
CHARLENE R. DAY
VA Bar No. 42707
Assistant United States Attorney
P.O. Box 1709
Roanoke, VA 24008-1709
540-857-2250 (Office)
540-857-2614 (Fax)
charlene.day@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 17, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF, which sends notification of such filing to all counsel of record.

      /s/ *Charlene R. Day*
      Assistant United States Attorney