FILED: January 3, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1006

(5:21-cr-00023-EKD-JCH-1)

_____

In re: RICHARD E. MOORE

          Petitioner

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Western District of Virginia at Harrisonburg |
|---|---|
| Date Petition Filed: | 01/02/2025 |
| Petitioner | Richard Moore |
| Appellate Case Number | 25-1006 |
| Case Manager | Anisha Walker<br>804-916-2704 |