FILED: March 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-7176
(5:21-cr-00023-EKD-JCH-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

NEXUS SERVICES, INC.

    Movant - Appellant

and

MICHAEL DONOVAN

    Movant

and

RICHARD E. MOORE

    Defendant

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk