

October 7, 2016

Mr. Michael Donovan
Nexus Services Inc.
113 Millplace Parkway, Suite 103
Verona, VA 24482

*via e-mail:*       mdonovan@nexushelp.com

RE:     Prince Royce – Nexus Services Inc. (10.8.16) - Amendment

Dear Mr. Donovan:

This letter shall amend the agreement between Prince Royce ("Producer") furnishing the services of Prince Royce ("Artist") and Nexus Services Inc. ("Purchaser") [collectively, the "Parties"], dated October 5, 2016, including the attached Addendum "A" [collectively, the "Agreement"] in connection with the captioned engagement ("Engagement").

Notwithstanding anything contained to the contrary in the Agreement, the following terms and conditions are hereby understood and agreed to by the parties:

1. <u>Producer</u>: "Prince Royce" as Producer shall hereby be replaced with "Magical Music Tours Inc."
2. <u>Additional Compensation</u>:  In addition to the compensation set forth in Paragraph 4 the Agreement, Purchaser shall pay Producer an additional Eighty Thousand United States Dollars ($80,000.00) travel reimbursement, which travel reimbursement shall be non-refundable.

Except as specifically outlined herein, all of the terms and conditions of the Agreement shall remain the same, and the Parties hereby confirm and ratify the Agreement.

Please indicate that the foregoing accurately reflects the mutual understanding between us and you with respect to this matter by signing this Amendment where indicated below.

AGREED AND ACCEPTED:
Nexus Services Inc.

By: _____
(an authorized signatory)


AGREED AND ACCEPTED:
Magical Music Tours Inc.

By: _____
(an authorized signatory)


cc: Carrie Murphy; Sylvia Krask



Government Exhibit 195

9601 WILSHIRE BLVD, 3RD FLOOR, BEVERLY HILLS, CA 90210  TEL 310 285 9000  FAX 310 285 9010

MOORE_USAPROD_0453609