**From:**          Alisa Wilson <alisa.wilson@me.com>
**To:**            William Derella <william@derella.com>
**Sent:**
**Subject:**       Re: 80k Prince Royce Check


Has this been resolved?

Ally
On Oct 19, 2016, at 4:12 PM, William Derella <william@derella.com> wrote:

Looping in WME as well

On Oct 19, 2016, at 5:03 PM, Richard Moore <rmoore@nexushelps.com> wrote:

I am waiting for the tracking information as we speak. That is why I posted my previous email.

Richard

On Wed, Oct 19, 2016 at 5:03 PM, Alisa Wilson <alisa.wilson@me.com> wrote:
Richard/Mike,

Can you please give us an update here?

Thanks!

Ally Wilson
615.491.6644

**Government Exhibit**

197

On Oct 19, 2016, at 4:17 PM, William Derella <william@derella.com> wrote:


We haven't received the check yet. Please send FedEx tracking number. Thanks. W

On Oct 18, 2016, at 11:31 AM, Alisa Wilson <alisa.wilson@me.com> wrote:

Richard,Â

Thanks so much!

AllyÂ
On Oct 18, 2016, at 11:31 AM, Richard Moore <rmoore@nexushelps.com> wrote:

Ally,

Give me 15 minutes to look into this and I will get back to you.

Richard

On Tue, Oct 18, 2016 at 11:28 AM, Alisa Wilson <alisa.wilson@me.com> wrote:
Hey Mike and Richard,

I just received a phone call from William Derella, Prince Royceâ€™s Manager,Â  the check that we overnighted for 80k to cover the private jet, has bounced.Â  As you can imagine he is very upset, as he encouraged his client to pay upfront and all would be okâ€¦Â  Â  We need this to be resolved immediately.


Thanks so much for your time and attention.

MOORE_USAPROD_0453688

Ally Wilson
615.491.6644

--
Richard Moore
Executive Vice President
Nexus Services Inc.
113 Mill Place Parkway
Suite 103
Verona VA 24482
(o) +1-540-466-3686

This message contains confidential information and is intended only for the individual
named. If you are not the named addressee you should not disseminate, distribute or copy
this e-mail. Please notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be
guaranteed to be secure or error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not
accept liability for any errors or omissions in the contents of this message, which arise
as a result of e-mail transmission. If verification is required please request a hard-copy
version. Nexus Services Inc., 113 Mill Place Pkwy, Suite 103 Verona, VA 24482.
Â WWW.NEXUSHELPS.COM


--
Richard Moore
Executive Vice President
Nexus Services Inc.
113 Mill Place Parkway
Suite 103
Verona VA 24482
(o) +1-540-466-3686

This message contains confidential information and is intended only for the individual
named. If you are not the named addressee you should not disseminate, distribute or copy
this e-mail. Please notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be
guaranteed to be secure or error-free as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not
accept liability for any errors or omissions in the contents of this message, which arise
as a result of e-mail transmission. If verification is required please request a hard-copy
version. Nexus Services Inc., 113 Mill Place Pkwy, Suite 103 Verona, VA 24482.
Â WWW.NEXUSHELPS.COM

MOORE_USAPROD_0453689