

Government Exhibit 215

MOORE_USAPROD_0121467