# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

## CRIMINAL MINUTES - GENERAL MINUTES

**Case No.:** 5:21cr23                                **Date:** 5/29/2025

**Defendant:** Richard E. Moore, Bond          **Counsel:** Mario Williams, John Shoreman; Retained

PRESENT:
- JUDGE: Elizabeth K. Dillon, CUSDJ
- TIME IN COURT: 9:52 – 10:00a; 8m
- Deputy Clerk: K. Anglim
- Court Reporter: Whitney Stier
- U. S. Attorney: Matthew Hicks, William Montague
- USPO: Andrew Ridgway
- Case Agent: Wes Johnson

PROCEEDINGS:
Parties initially present for a sentencing hearing.
Defendant was unable to appear due to a health-related matter.
Sentencing hearing is continued generally.
Court asks defense counsel to report to the court and the U.S. when they have more information.