United State District Court
for the Western District of Virginia
Harrisonburg Division

| | |
|---|---|
| **United States,** | ) |
| | ) |
| | ) CAFN: **5:21-cr-00023-EKD-JCH** |
| | ) |
| **v.** | ) |
| | ) |
| **Richard Moore,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

### MOTION TO CONTINUE

**COMES NOW,** Richard Moore, by and through his counsel, and MOVES this Honorable Court for an ORDER to continue this matter for approximately ninety (90) days.

In Support of this Motion to continue, counsel states as follows:

1) Counsel received text messages from Richard Moore and his spouse wherein they advised that Richard Moore has been admitted to AMFM Mental Health Treatment Center for 45 to 60 days;

2) Counsel will submit the paperwork received under separate cover via email to chambers.

WHEREFORE, Richard Moore respectfully requests that this matter be continued out for ninety (90) Days.

2 | Page

Respectfully Submitted: July 18, 2025,


### /s/ MARIO WILLIAMS
Mario Williams
VA Bar # 91955


**HUMANITY DIGNITY AND RIGHTS LLC**
5600 Roswell Road, Building C, Suite 103
Sandy Springs, Georgia 30342
Tel.: (470) 257 2485
Email: mwilliams@hdrattorneys.com
*Counsel for Richard Moore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I have electronically filed the foregoing **MOTION TO CONTINUE** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

**CERTIFYING PARTY**

**/s/ MARIO WILLIAMS**
Mario Williams
VA Bar # 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: 470-257-2485
Email: mwilliams@hdrattorneys.com
*Counsel for Richard Moore*