U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

September 8, 2025

The Honorable Elizabeth K. Dillon
United States Courthouse
210 Franklin Rd., SW
Suite 132
Roanoke, VA 24011

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED
09/08/2025
LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

RE: MOORE, Richard E.
Register Number: 79035-509
Docket Number: 5:21-cr-00023

Dear Judge Dillon:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on August 27, 2025, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. We have calculated the evaluation period to end on December 24, 2025. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

Please be advised that we have limited PACER access and, therefore, request that ALL relevant court orders be emailed to s1burroughs@bop.gov and BUH-PsychologySvcs-S@bop.gov to ensure we are compliant with all court directives.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Stacey Burroughs, Health Services Assistant, at extension 6030.

Respectfully,

B. Lott, Acting Warden

cc:   Matthew Hicks/William Montague, Assistant United States Attorney
      Mario Williams/John M. Shoreman, Defense Attorney