UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

UNITED STATES

v.

RICHARD MOORE,

    *Defendant*

CAFN: 5:21-cr-00023

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT MENTAL HEALTH TREATMENT

**COMES NOW** the Defendant, Richard E. Moore, by counsel, and respectfully moves this Honorable Court pursuant to 18 U.S.C. §§ 3142, 3143, and 3145(c), to modify his conditions of release to allow him to participate immediately in AMFM's **Intensive Outpatient Program (IOP)**, or a similar facility, with transition to inpatient treatment if clinically directed. In support, Defendant states:

**I. Procedural Background**

1. On July 21, 2025, this Court granted Defendant's motion for competency and amended conditions of release, continuing sentencing generally. (Dkt. 236).

2. On July 21 and July 25, 2025, this Court entered orders requiring Defendant to remain in AMFM inpatient treatment until discharge or reporting to BOP, with strict reporting and probation oversight. (Dkts. 238, 239).

3. The Court specifically authorized Mr. Moore to self-transport to Butner for evaluation, which he did without incident. This demonstrated full compliance and reinforced the Court's prior finding that he could be trusted to honor its orders, undermining any suggestion of flight risk.

4. AMFM has now confirmed it can accept Mr. Moore into **IOP immediately**, with transition to inpatient if directed by his treatment team.

## II. Legal Standards

5. Under 18 U.S.C. § 3142(c)(1)(B)(x), courts may impose conditions requiring medical or psychiatric treatment and residence in a specified facility.

6. Under 18 U.S.C. § 3143(a)(1), a defendant pending sentencing may be released if the Court finds by clear and convincing evidence that he will not flee or pose a danger, subject to § 3142(b)–(c) conditions.

7. Even where detention might otherwise apply, 18 U.S.C. § 3145(c) empowers district judges to grant release for **exceptional reasons**. *United States v. Goforth*, 546 F.3d 712 (4th Cir. 2008). Courts in this Circuit

recognize that serious medical or mental health treatment needs may constitute such exceptional reasons, particularly where the defendant has demonstrated compliance and presents a structured, court-monitored treatment plan.

### III. Supporting Authority

8. Courts routinely weigh proposed treatment placements in applying § 3143. In *United States v. Cooke*, No. 5:23-cr-00018 (W.D. Va. July 9, 2024) (Dillon, C.J.), the Court considered inpatient placement but denied release on the facts, including a long history of probation violations and non appearance. Id., at *7-8. Here, Moore presents stronger grounds: proven compliance, an already court-approved facility, and a seamless treatment plan.

### IV. Application

12. Moore will enroll in AMFM's IOP **within 24 hours**, remain compliant, and transition to inpatient if clinically ordered.
13. He will sign all necessary releases, provide weekly provider updates, and notify Probation and the Court immediately of any changes in treatment status—all of which Moore has already shown a history of compliance.

14. These conditions mirror and extend those already approved by the Court in July 2025, ensuring treatment continuity, public safety, and Defendant's appearance.

## V. Relief Requested

WHEREFORE, Defendant respectfully requests that this Court:

- Modify his conditions of release to permit immediate enrollment in AMFM's IOP, with transition to inpatient if directed by his treatment team;

- Require Defendant to provide releases, weekly treatment updates, and immediate notice of any changes;

- Retain all prior conditions of release as set forth in the Court's July 25, 2025 Amended Order; and

- Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 28th day of September 2025,

/s/ **MARIO WILLIAMS**
Mario Williams
VA Bar # 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
3480 Peachtree Road NE; Second (2nd) Floor
Atlanta Georgia 30326
Tel.: (470) 257 2485
Email: mwilliams@hdrattorneys.com
***Counsel for Richard Moore***

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT MENTAL HEALTH TREATMENT upon the Government by e-filing a true and correct copy of the same via electronic filing addressed to counsel for the United States as follows:

Matthew Hicks
William Montague

Respectfully submitted this 28th day of September 2025,

<u>**/s/ MARIO WILLIAMS**</u>
Mario Williams
VA Bar # 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
3480 Peachtree Road NE; Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257 2485
Email: mwilliams@hdrattorneys.com
*Counsel for Richard Moore*