**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **United States,** | ) | |
| ***Plaintiff,*** | ) | **CAFN: 5:21-cr-00023-EKD-JCH** |
| **v.** | ) | |
| **Richard Moore,** | ) | |
| ***Defendant.*** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW**, Mario Williams and John Shoreman, attorneys of record for Defendant Richard Moore, by and through the undersigned counsel, pursuant to 18 U.S.C. § 3006A and Rule 44 of the Federal Rules of Criminal Procedure, and hereby respectfully move this Court for leave to withdraw as counsel of record in the above-captioned matter. Fed. R. Crim. P. 44. In support of this Motion, counsel states as follows:

1. Undersigned counsel, Mario Williams and John Shoreman, currently represent Defendant Richard Moore in the above-captioned criminal matter.
2. Defendant Richard Moore has terminated the representation of undersigned counsel, Mario Williams and John Shoreman. (*See Exhibit A: Termination of Counsel*).

3. Due to this termination of representation by the Defendant, the attorney-client relationship has been severed, making it impossible for undersigned counsel to continue effective representation.
4. The Federal Rules of Criminal Procedure and federal law recognize a defendant's right to counsel of choice, and when that choice is exercised to terminate current counsel, withdrawal is appropriate. Fed. R. Crim. P. 44.
5. Undersigned counsel has notified Defendant Richard Moore of this Motion to Withdraw.

**WHEREFORE**, undersigned counsel respectfully requests that this Honorable Court:

1. Grant this Motion to Withdraw as Counsel;
2. Enter the attached proposed Order permitting Mario Williams and John Shoreman to withdraw as counsel of record for Defendant Richard Moore;
3. Grant such other and further relief as this Court deems just and proper.

Respectfully Submitted: November 12, 2025,

**/s/ MARIO B. WILLIAMS**
Mario B. Williams
Va. Bar No.: 91955

**/s/ JOHN M. SHOREMAN**
John M. Shoreman
*Pro Hac Vice*

**HUMANITY DIGNITY AND RIGHTS LLC**
**MARIO B. WILLIAMS, ESQUIRE**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257-2485
Fax: (470) 660-8523
Email: mwilliams@hdrattorneys.com
***Counsel for Richard E. Moore***

**MCFADDEN & SHOREMAN**
**JOHN M. SHOREMAN, ESQUIRE**
1050 Connecticut Avenue, N.W., Suite 500
Washington, Dc 20036
Tel.: 202-772-3188
Fax: 202-204-8610
Email: Jms@Mcfaddenshoreman.Com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I have electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record who are electronic filing participants.

Respectfully Submitted: November 12, 2025,

**/s/ MARIO B. WILLIAMS**
Mario B. Williams
Va. Bar No.: 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
**MARIO B. WILLIAMS, ESQUIRE**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257-2485
Fax: (470) 660-8523
Email: mwilliams@hdrattorneys.com
***Counsel for Richard E. Moore***