# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **United States,** | ) |
| *Plaintiff,* | ) |
| | ) CAFN: **5:21-cr-00023-EKD-JCH** |
| v. | ) |
| **Richard Moore,** | ) |
| *Defendant.* | ) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that the Defendant, Richard E. Moore, by and through his undersigned counsel, hereby files the attached character reference letters in support of his sentencing proceedings scheduled for November 13, 2025.

These letters were received by counsel at 8:04 a.m. this morning and are submitted to provide the Court with additional context regarding Mr. Moore's character.

### EXHIBIT A: CHARACTER REFERENCE LETTER FROM

The following character reference letters are attached hereto as exhibits:

1. Letter from Samuel Orlando;
2. Letter from Carol Donovan;
3. Letter from Mike Donovan;
4. Letter from Tymara Walker;
5. Letter from Adam LaPrade;
6. Letter from Breyon Walker; and
7. Letter from Heidi Campbell.

2 | Page

## RELIEF REQUESTED

Richard E. Moore respectfully requests that the Court accept these character reference letters into the record for consideration during the sentencing proceedings.

Respectfully Submitted: November 13, 2025,

**/s/ MARIO B. WILLIAMS**
Mario B. Williams
Va. Bar No.: 91955

**/s/ JOHN M. SHOREMAN**
John M. Shoreman
*Pro Hac Vice*

**HUMANITY DIGNITY AND RIGHTS LLC**
**MARIO B. WILLIAMS, ESQUIRE**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257-2485
Fax: (470) 660-8523
Email: mwilliams@hdrattorneys.com
***Counsel for Richard E. Moore***

**MCFADDEN & SHOREMAN**
**JOHN M. SHOREMAN, ESQUIRE**
*PRO HAC VICE*
1050 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
Tel.: 202-772-3188
Fax: 202-204-8610
Email: Jms@Mcfaddenshoreman.Com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I have electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system which will automatically send electronic mail notification of such filing to counsel of record who are electronic filing participants.

Respectfully Submitted:  November 13, 2025,

/s/ **MARIO B. WILLIAMS**
Mario B. Williams
Va. Bar No.: 91955

**HUMANITY DIGNITY AND RIGHTS LLC**
**MARIO B. WILLIAMS, ESQUIRE**
Life Time Work - Buckhead - at Phipps Plaza
3480 Peachtree Road, NE, Second (2nd) Floor
Atlanta, Georgia 30326
Tel.: (470) 257-2485
Fax: (470) 660-8523
Email: mwilliams@hdrattorneys.com
*Counsel for Richard E. Moore*