# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

**Case No.:** 5:21cr23                                   **Date:** 11/13/2025

**Defendant:** Richard E. Moore, Bond         **Counsel:** Mario Williams, John Shoreman; Retained

**PRESENT:**
- **JUDGE:** Elizabeth K. Dillon, CUSDJ
- **TIME IN COURT:** 10:00a – 10:29a, 10:36a – 10:58a, 11:14a – 12:24p; 2h 1m
- **Deputy Clerk:** K. Anglim
- **Court Reporter:** Whitney Stier
- **U. S. Attorney:** Matthew Hicks, William Montague
- **USPO:** Andrew Ridgway
- **Case Agent:** Wes Johnson

### LIST OF WITNESSES

**GOVERNMENT:**
None.

**DEFENDANT:**
1. Richard E. Moore

**PROCEEDINGS:**
Parties present for a competency hearing, motion to withdraw as counsel, and sentencing in this matter.
Court finds the defendant is competent and we can proceed with the other matters before the court today.
Argument heard on motion to withdraw as counsel (dkt. 249). Court denies.
Court proceeds with sentencing.
- ☒ Court accepts Plea Agreement.
- ☒ Court inquires as to Objection(s) to Presentence Report made by Deft.
  - ☒ Court denies objection for reasons as stated on the record.
- ☒ Court adopts Presentence Report as amended on the record
- ☒ Defendant presents evidence .
- ☒ Allocutions.

SENTENCE IMPOSED AS FOLLOWS:
- **CBOP:** 80 months, consisting of 40 months as to each of counts 8ss and 9ss, to be served consecutively.
- **SR:** 3 years, consisting of 3 years as to each of counts 8ss and 9ss, to be served concurrently- comply w/Standard, Mandatory & Special Conditions.
- **SA:** $200 due immediately.
- **REST:** $3,023,984.29
- ☒ Court recommends as follows:
  - ☒ The Defendant be designated to FCI Petersburg to be close to his family.
  - ☒ The Defendant be placed in an appropriate drug treatment program while incarcerated.
  - ☒ The Defendant receive appropriate mental health evaluation, and any subsequent treatment while incarcerated.

SPECIAL CONDITIONS OF SUPERVISION:
1) Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation and mental health treatment are necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.
2) The defendant shall reside in a residence free of firearms, ammunition, destructive devices, and dangerous weapons.
3) The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to searches conducted by a United States probation officer. Failure to submit to searches may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct searches pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.

4) The defendant shall provide the probation officer with access to any requested financial information.
5) The defendant shall notify the Financial Litigation Unit, United States Attorney's Office, in writing, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the execution of the plea agreement until all fine, restitution, money judgments and monetary assessment are paid in full.
6) The defendant shall notify the Financial Litigation Unit, United States Attorney's Office, in writing, at least 30 days prior to transferring any interest in property owned directly or indirectly by the defendant, including any interest held or owned under any other name, or entity, including trusts, partnership or and/or corporations until all fines, restitution, money judgments and monetary assessments are paid in full.

PAYMENT SCHEDULE:

☒ A lump sum payment of $200 is due immediately, and during the term of imprisonment, payment in equal monthly installments of $25 or 50% of the defendant's income, whichever is less, to commence 60 days after the date of this judgment; and payment in equal monthly installments of $1000 during the term of supervised release, to commence 60 days after release from imprisonment.

ADDITIONAL RULINGS:

☒ Counts 1ss 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 10ss, 11ss, 12ss13s, 14s, 15s, 16s, 17s, 18s dismissed on Government Motion.
☒ Defendant advised of right to appeal.
☒ Defendant remanded to custody.